IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00332-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDELL DANIELS,

    Defendant.

**CONVENTIONALLY FILED MATERIAL**
re: Defendant's Motion to Suppress, filed 7/18/22

**EXHIBIT B (Officer Idler BWC, INV_330)**