# Exhibit C

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
(STOLEN PROPERTY-POSSESS)

## Narrative Text

**Type** NARRATIVE/REMARKS
**Subject** WEAPONS OFFENSE
**Author** 317747 - IDLER, WILLIAM ALLEN
**Related Date** Feb-08-2021

On 02/07/2021 at approximately 2335 hrs I, Officer Idler, responded to an area watch request in full Aurora duty uniform, due to a reporting person witnessed several people looking and handling guns at 15501 E Alameda Pkwy in the City of Aurora, County of Arapahoe, State of Colorado.

Call notes stated there was three black males next to a dark colored SUV. One male was wearing a black hoodie with black jeans, another male was wearing a black hoodie and jeans, and the last male was wearing a gray hoodie and blue jeans. The people described were intermittently taking weapons out and putting them back into their pockets. There was also a silver or white sedan was also involved according to the reporting person.

Upon my arrival, I parked on the street and got out of my fully marked patrol vehicle. I observed a dark SUV with lights on parked in the front of the apartment complex where the reporting person described where the vehicle would be at.

Upon seeing me, a black male wearing a black jacket with an orange construction type jumpsuit under the jacket, spotted us and I heard him saying something when the Dark SUV pulled out of the parking spot and fled the scene. Another Officer that was arriving on scene followed the vehicle.

I contacted the male in the orange wardrobe later identified as Lyndell Eugene Daniels Jr (11/25/1991 verified through DMV photo) with my service pistol in hand. I started giving Lyndell orders to get on his knees that he initially complied with due to his observed involvement with the SUV in question. Once Lyndell got onto his knees, his brother later identified as Armand Alexander Amber (07/22/1998 verified through DMV photo), walked up to us started getting involved while I was still giving orders to Lyndell.

Once Armand was in between myself and Lyndell, Lyndell got up and approached myself and Officer Snow. They started arguing with me about the validity of my contact with them and kept asking why my service weapon was out. Due to their non compliance and Officer Snow had his weapon out as well, I switched to my Tazer and pointed it at Lyndell. While trying to explain the situation and attempting to de-escalate with them, I advised them of the CAD notes and even advised them they could look at them due to Armand matching the description of one of the persons described in.

They would not listen and continued to argue, asking me if they were detained, which I advised them they were being detained. All person refused to be pat down for weapons, claiming if they had illgal items they would have fled the scene and we would have not been able to catch them. I did not attempt to pat

AURORA POLICE DEPARTMENT
GENERAL OFFENSE HARDCOPY
(STOLEN PROPERTY-POSSESS)

GO# 2021-5336
OPEN

3 of 3

```
Armand or Lyndell due to only having two Officers on scene and thee people
involved.

Armands girlfriend also came up to us during this encounter and recorded our
contact on her cell phone. She did not provide her information to me but they
repeatedly claimed they all lived at the residence and they had no involvement
with the situation.

Sgt. Goodrich arrived on scene and advised them we just needed their
information and she was able to de-escalate the scene enough so I could get
the information.

It should be noted that I never pointed my service weapon at Lyndell or Armand
during the encounter, however I did point my issued Tazer at Lyndell. Due to
their non compliance on scene, I did not feel it was safe to attempt to pat
them down without more Officers on scene.

After Lyndell got up from his knees he repeatedly claimed he was apart of a
Gang and was staring at me very menecingly during the rest of the encounter.

Once I gathered their information we left the scene.

This concludes my involvement in this case.

My body worn camera was active during the call and this report is only a
summary of the events that transpired.

NFAT
```