# Exhibit E

Case No. 1:21-cr-00332-RMR   Document 37-5   filed 07/18/22   USDC Colorado   pg
2 of 2

![Aurora Police Seal]  AURORA POLICE DEPARTMENT                         GO# 2021-5336
                                                                         OPEN
                       GENERAL OFFENSE HARDCOPY
                        (STOLEN PROPERTY-POSSESS)

## Narrative Text

**Type** NARRATIVE/REMARKS
**Subject** ASSIST ON SCENE
**Author** 301023 - GOODRICH, FAITH R.
**Related Date** Feb-09-2021

On 02/07/2021 at about 2335 hours, I responded to 15501 E. Alameda Parkway for a report of males in the parking lot with guns.

I arrived on scene after the initial responding Officers. Two Officers were speaking with Armand Amber, Lyndell Daniels, and an unidentified female. Armand was wearing a black hoodie and jeans which matched the description given by the 911 caller. Armand and Lyndell were agitated. They were yelling at the Officers for approaching with their guns in their hands. Both males refused to consent to a pat-down for weapons. There were other people in the parking lot and walking into the building. At this time, we did not have any evidence of a crime, only a caller stating they saw some people with guns. The unidentified female walked away and into the building. The 911 caller did not describe any females with weapons so she not prevented from leaving.

In an effort to defuse the situation, I asked both males for their names. They gave their names, although they continued to be verbally aggressive and angry that they were contacted. Armand and Lyndell were told they could leave the scene and they did.

My BWC was activated during this contact. I did not review the video prior to authoring this report.

NFAT